UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CORDERALL J CHARLES** | **CASE NO. 6:22-CV-01747** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **GEICO CASUALTY CO** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, GEICO Casualty Company's Motion to Dismiss for Improper Venue and for Failure to State a Claim (erroneously styled as a Motion to Show Cause on GEICO's Exceptions of Improper Venue, Prescription, No Cause/Right of Action, and Vagueness/Ambiguity) (Rec. Doc. 5) is GRANTED IN PART and DENIED IN PART. The Motion is granted to the extent GEICO seeks to dismiss Plaintiff's claims for failure to state claims for bad faith under La. R.S. 22:1973 and 1892. The Motion is denied in all other respects. Accordingly,

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

Signed at Lafayette, Louisiana, this 13th day of December, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE